People v Hall (2025 NY Slip Op 01458)

People v Hall

2025 NY Slip Op 01458

Decided on March 14, 2025

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on March 14, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: WHALEN, P.J., CURRAN, GREENWOOD, DELCONTE, AND KEANE, JJ.

50 KA 22-00843

[*1]THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT,
v
DIQUAN HALL, DEFENDANT-APPELLANT. (APPEAL NO. 2.) 

FRANK H. HISCOCK LEGAL AID SOCIETY, SYRACUSE (SARA A. GOLDFARB OF COUNSEL), FOR DEFENDANT-APPELLANT.
WILLIAM J. FITZPATRICK, DISTRICT ATTORNEY, SYRACUSE (ELISABETH DANNAN OF COUNSEL), FOR RESPONDENT. 

 Appeal from a judgment of the Onondaga County Court (Matthew J. Doran, J.), rendered November 10, 2021. The judgment convicted defendant, upon his plea of guilty, of attempted criminal possession of a controlled substance in the fifth degree. 
It is hereby ORDERED that the judgment so appealed from is affirmed.
Same memorandum as in People v Hall ([appeal No. 1] — AD3d — [Mar. 14, 2025] [4th Dept 2025]).
All concur except Whalen, P.J., who dissents and votes to reverse in accordance with the same dissenting memorandum as in People v Hall ([appeal No. 1] — AD3d — [Mar. 14, 2025] [4th Dept 2025]).
Entered: March 14, 2025
Ann Dillon Flynn
Clerk of the Court